**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 18-cv-62562-BLOOM/Valle**

BROWARD COUNTY,

      Plaintiff,

v.

ENVIRON TOWERS I CONDOMINIUM
ASSOCIATION, INC.,

      Defendant.

_____/

**BROWARD COUNTY'S NOTICE OF SETTLEMENT**

      Broward County, (hereinafter "Plaintiff"), pursuant to S.D. Fla. L.R. 16.4, respectfully submits this Notice of Settlement to inform the Court that the Plaintiff and Defendant Environ Towers I Condominium Association, Inc. (hereinafter "Defendant") (collectively, "Parties") have agreed to resolve all claims alleged in this action.  The Agreement provides for the Parties to enter into a joint stipulation of dismissal with prejudice within fifteen days following the execution of the Agreement.

                        Respectfully Submitted,

                        Andrew J. Meyers
                        Broward County Attorney
                        Governmental Center, Suite 423
                        115 South Andrews Avenue
                        Fort Lauderdale, Florida 33301
                        Telephone: (954) 357-7600
                        Facsimile: (954) 357-7641

                        By: *s/Rocio Blanco Garcia*
                        Rocio Blanco Garcia
                        Assistant County Attorney
                        Florida Bar No. 99304

1

Email:  rblancogarcia@broward.org
Adam Katzman
Senior Assistant County Attorney
Florida Bar No. 652431
Email:  akatzman@broward.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on April 1, 2019, via the Court's CM/ECF system.  I also certify that the foregoing document was served on this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:     *s/ Rocio Blanco Garcia*
        Rocio Blanco Garcia
        Florida Bar No. 99304

## SERVICE LIST

**United States District Court for the Southern District of Florida**
***Broward County v. Environ Towers I Condominium Association, Inc.*,**
**Case No.: 18-cv-62562-BLOOM/Valle**

Michael S. Bender
Kaye Bender Rembaum, P.L.
1200 Park Central Blvd., South
Pompano Beach, FL 33064-2215
Telephone:  (954) 928-0680
Facsimile:  (954) 772-0319
Email:  mbender@kbrlegal.com
*General Counsel for Defendant*
**Via Electronic Mail**

Rocio Blanco Garcia
Adam Katzman
Broward County Governmental Center
115 South Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: (954) 357-7600
Facsimile: (954) 357-7641\
Email:  rblancogarcia@broward.org
Email:  akatzman@broward.org
Attorneys for Plaintiff
*Broward County*
**Via Electronic Mail**

Joseph P. Carbone, President
Environ Towers 1 Condominium

2

Association, Inc.
7200 Radice Court
Lauderhill, FL 33319
*Defendant*
**Via United States Mail**