UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-62562-BLOOM/Valle

BROWARD COUNTY,

    Plaintiff,

v.

ENVIRON TOWERS I CONDOMINIUM
ASSOCIATION, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [29] ("Stipulation"), filed on April 1, 2019.  The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised in the premises.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [29]** is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. The Court shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement between the parties;

5. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

6. The Clerk of Court is directed to **CLOSE** this case.

Case No. 18-cv-62562-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 1, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record